FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 6 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SLAWOMIR CHRZAN,

                              Plaintiff,

                              **Docket No.:**
                              **16-cv-7037 ARR-RLM**

       -against-

40 EXCHANGE PLACE CORP., 247 WEST 38TH REALTY
CORP., LINDEN REALTY ASSOCIATES LLC,
MK PROPERTY MANAGEMENT USA CORP.,
M. K. MANAGEMENT USA, LLC,
MK MANAGEMENT LLC, LEAH WEISS,
and MIROSLAW KARWOWSKI,

                              Defendants.
------------------------------------------------------------------X

### STIPULATED ORDER OF DISMISSAL

IT IS HEREBY AGREED BY AND AMONG Slawomir Chrzan ("Chrzan" or "Plaintiff") and 40 Exchange Place Corp. ("40 Exchange Place"), 247 West 38th Realty Corp. ("247 West"), Linden Realty Associates LLC ("Linden Realty") (40 Exchange Place, 247 West, and Linden Realty are, collectively, the "Weiss Corporations"), which are owned by Defendant Leah Weiss ("Weiss") and her family; M. K. Management USA, LLC ("M. K. Management"), MK Management LLC ("MK Management") and MK Property Management USA Corp. ("MK Property")(M. K. Management, MK Management and MK Property are, collectively, the "MK Corporations"), which are owned and operated by Defendant Miroslaw Karwowski ("Karwowski") (the Weiss Corporations and the MK Corporations are, collectively, the "Corporate Defendants"), (Weiss and Karwowski are, collectively, the "Individual Defendants"), (Defendants and Plaintiff are collectively known as the "Parties") and their respective attorneys, that the above-referenced action be dismissed without any admission or finding of liability, and

without any claims, liabilities, or default judgments against any defendant, including all of those defendants that did not appear and may have defaulted in this action.

Dated: New York, NY
August 14, 2017

ROBERT WISNIEWSKI P.C.

By: *[signature]*
Robert Wisniewski
225 Broadway, Suite 1020
New York, NY 1007
Telephone No.: (212) 267-2101
*Attorneys for Plaintiffs*

JOSEPH J. HASPEL, PLLC

By: *[signature]*
Joseph J. Haspel, Esq.
Joseph J. Haspel, PLLC
40 Mathews Street, Suite 201
Goshen, NY 10924
Telephone No.: (845) 294-8950
*Attorneys for the Weiss Defendants*

*[signature]*
William Fallon, Esq.
Law Offices of William J. Fallon
27 William Street, Suite 1205
New York, NY 10005
Telephone No.: (212) 776-9219
*Attorney for the Karwowski Defendants*

*So Ordered.*
/s/ARR) , USDJ